# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 17.25 | | 27.04 | 466.44 | | | | | | 3/22/2026– 3/28/2026 |
| 16.00 | | 27.54 | 440.64 | | | | | | |
| 5.00 | | 30.04 | 150.20 | | | | | | **GROSS PAY** |
| | | | | | | | | | 1,057.28 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 848.82 | FWH | 72.80 | MED 15.33 |
| SOC | 65.56 | PASUI | 0.74 | PASWH | 32.46 | LOCAL | 10.57 | 208.46 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK | GROSS | 15,526.06 FICA 1,187.75 | | |
| Pay Group: 1 | FWH | 1,106.08 SWH 476.66 | | 848.82 |

---

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

| | DATE |
|---|---|
| | 4/3/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 848.82 |

**DEPOSITED FOR:**

FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403

| | |
|---|---|
| NET PAY | 848.82 |
| TOTAL DEPOSIT | 848.82 |
| CHECK AMOUNT | 0.00 |

### Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 353.00 units | $9545.12 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| REGULAR TRAVEL | 44.25 units | $1214.27 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 10.75 units | $436.02 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $140.00 |
| FWH | $1,106.08 |
| LOCAL | $155.26 |
| LST | $14.00 |
| MED | $225.13 |
| MEDADD | $0.00 |
| PASUI | $10.89 |
| PASWH | $476.66 |
| SOC | $962.62 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 32.00 | | 27.04 | 865.28 | | | | | | 3/29/2026– |
| 8.00 | | 27.54 | 220.32 | | | | | | 4/4/2026 |

| GROSS PAY |
|---|
| 1,085.60 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 870.41 | FWH | 76.20 | MED | 15.74 |
| SOC | 67.30 | PASUI | 0.76 | PASWH | 33.33 | LOCAL | 10.86 | | 215.19 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK | GROSS | 16,611.66 FICA | 1,270.79 | |
| Pay Group: 1 | FWH | 1,182.28 SWH | 509.99 | 870.41 |

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

DEPOSITED FOR:

FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403



| DATE |
|---|
| 4/10/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 870.41 |

| | |
|---|---|
| NET PAY | 870.41 |
| TOTAL DEPOSIT | 870.41 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| 2026 YTD Pay Units | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 384.50 units | $10396.88 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| REGULAR TRAVEL | 52.75 units | $1448.11 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 10.75 units | $436.02 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $150.00 |
| FWH | $1,182.28 |
| LOCAL | $166.12 |
| LST | $15.00 |
| MED | $240.87 |
| MEDADD | $0.00 |
| PASUI | $11.65 |
| PASWH | $509.99 |
| SOC | $1,029.92 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 32.00 | | 27.04 | 865.28 | | | | | | 4/5/2026–4/11/2026 |
| | | | | | | | | | **GROSS PAY** |
| | | | | | | | | | 865.28 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 702.50 | FWH | 49.76 | MED | 12.55 | |
| SOC | 53.65 | PASUI | 0.61 | PASWH | 26.56 | LOCAL | 8.65 | | | 162.78 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | | ACCRUALS | NET PAY |
|---|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK <br> Pay Group: 1 | GROSS 17,476.94 <br> FWH 1,232.04 | FICA 1,336.99 <br> SWH 536.55 | | | |
| | | | | | 702.50 |

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

DEPOSITED FOR:

FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403



| DATE |
|---|
| 4/17/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 702.50 |

| | |
|---|---|
| NET PAY | 702.50 |
| TOTAL DEPOSIT | 702.50 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

| 2026 YTD Pay Units | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 416.25 units | $11255.40 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| REGULAR TRAVEL | 53.00 units | $1454.87 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 10.75 units | $436.02 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $160.00 |
| FWH | $1,232.04 |
| LOCAL | $174.77 |
| LST | $16.00 |
| MED | $253.42 |
| MEDADD | $0.00 |
| PASUI | $12.26 |
| PASWH | $536.55 |
| SOC | $1,083.57 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 26.00 | | 27.04 | 703.04 | | | | | | 4/12/2026-<br>4/18/2026 |

| GROSS PAY |
|---|
| 703.04 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 575.97 | FWH | 33.19 | MED | 10.19 | |
| SOC | 43.59 | PASUI | 0.49 | PASWH | 21.58 | LOCAL | 7.03 | | | 127.07 |

| EMPLOYEE INFORMATION | YEAR - TO - DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK<br>Pay Group: 1 | GROSS 18,179.98 FICA 1,390.77<br>FWH 1,265.23 SWH 558.13 | | | |

| NET PAY |
|---|
| 575.97 |

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

| DATE |
|---|
| 4/25/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 575.97 |

DEPOSITED FOR:
FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403

| | |
|---|---|
| NET PAY | 575.97 |
| TOTAL DEPOSIT | 575.97 |
| CHECK AMOUNT | 0.00 |

### Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 442.00 units | $11951.68 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| REGULAR TRAVEL | 53.25 units | $1461.63 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 10.75 units | $436.02 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $170.00 |
| FWH | $1,265.23 |
| LOCAL | $181.80 |
| LST | $17.00 |
| MED | $263.61 |
| MEDADD | $0.00 |
| PASUI | $12.75 |
| PASWH | $558.13 |
| SOC | $1,127.16 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 29.00 | | 27.04 | 784.16 | | | | | | 4/19/2026– |
| 8.00 | | 27.54 | 220.32 | | | | | | 4/25/2026 |
| | | | | | | | | | GROSS PAY |
| | | | | | | | | | 1,004.48 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 808.60 | FWH | 66.46 | MED | 14.56 | |
| SOC | 62.28 | PASUI | 0.70 | PASWH | 30.84 | LOCAL | 10.04 | | | 195.88 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK | GROSS 19,184.46 | FICA 1,467.61 | | |
| Pay Group: 1 | FWH 1,331.69 | SWH 588.97 | | 808.60 |

---

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

| | DATE |
|---|---|
| | 5/1/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 808.60 |

DEPOSITED FOR:

FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403

| | |
|---|---|
| NET PAY | 808.60 |
| TOTAL DEPOSIT | 808.60 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 470.75 units | $12729.08 |
| VACATION | 64.00 units | $1730.56 |
| REGULAR TRAVEL | 61.50 units | $1688.71 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 10.75 units | $436.02 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $180.00 |
| FWH | $1,331.69 |
| LOCAL | $191.84 |
| LST | $18.00 |
| MED | $278.17 |
| MEDADD | $0.00 |
| PASUI | $13.45 |
| PASWH | $588.97 |
| SOC | $1,189.44 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 0.50 | 27.04 40.56 | 1,081.60 | 20.28 | | | | | 4/26/2026- 5/2/2026 |
| | | | | | | | | | GROSS PAY |
| | | | | | | | | | 1,101.88 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 882.82 | FWH | 78.15 | MED | 15.98 | |
| SOC | 68.31 | PASUI | 0.77 | PASWH | 33.83 | LOCAL | 11.02 | | | 219.06 |

| EMPLOYEE INFORMATION | YEAR - TO - DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK Pay Group: 1 | GROSS 20,286.34 FWH 1,409.84 | FICA 1,551.90 SWH 622.80 | | 882.82 |

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

DEPOSITED FOR:
   FREDERICK ALBARRAN
   195 COLUMBUS DRIVE
   ARCHBALD, PA 18403

| DATE |
|---|
| 5/8/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 882.82 |

| | |
|---|---|
| NET PAY | 882.82 |
| TOTAL DEPOSIT | 882.82 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 510.00 units | $13790.40 |
| VACATION | 64.00 units | $1730.56 |
| REGULAR TRAVEL | 62.25 units | $1708.99 |
| NIGHT DIFFERENTIAL | 57.75 units | $1734.81 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 11.25 units | $456.30 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $190.00 |
| FWH | $1,409.84 |
| LOCAL | $202.86 |
| LST | $19.00 |
| MED | $294.15 |
| MEDADD | $0.00 |
| PASUI | $14.22 |
| PASWH | $622.80 |
| SOC | $1,257.75 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|---|
| 27.00 | | 27.04 | 730.08 | | | | | | 5/3/2026– 5/9/2026 |
| 8.00 | | 27.54 | 220.32 | | | | | | |
| 5.00 | | 30.04 | 150.20 | | | | | | GROSS PAY |
| | | | | | | | | | 1,100.60 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 881.83 | FWH | 78.00 | MED | 15.96 | |
| SOC | 68.24 | PASUI | 0.77 | PASWH | 33.79 | LOCAL | 11.01 | | | 218.77 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | | | ACCRUALS | NET PAY |
|---|---|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK | GROSS | 21,386.94 | FICA | 1,636.10 | | |
| Pay Group: 1 | FWH | 1,487.84 | SWH | 656.59 | | 881.83 |

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

DEPOSITED FOR:
   FREDERICK ALBARRAN
   195 COLUMBUS DRIVE
   ARCHBALD, PA 18403



| DATE |
|---|
| 5/15/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 881.83 |

| | |
|---|---|
| NET PAY | 881.83 |
| TOTAL DEPOSIT | 881.83 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 537.00 units | $14520.48 |
| REGULAR TRAVEL | 70.25 units | $1929.31 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 62.75 units | $1885.01 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 11.25 units | $456.30 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $200.00 |
| FWH | $1,487.84 |
| LOCAL | $213.87 |
| LST | $20.00 |
| MED | $310.11 |
| MEDADD | $0.00 |
| PASUI | $14.99 |
| PASWH | $656.59 |
| SOC | $1,325.99 |

# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 0.50 | 27.04 40.56 | 1,081.60 | 20.28 | | | | | 5/10/2026– 5/16/2026 |
| | | | | | | | | | GROSS PAY |
| | | | | | | | | | 1,101.88 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 882.81 | LOCAL | 11.02 | FWH | 78.15 | |
| MED | 15.98 | PASUI | 0.77 | SOC | 68.32 | PASWH | 33.83 | | | 219.07 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK Pay Group: 1 | GROSS 22,488.82 FWH 1,565.99 | FICA 1,720.40 SWH 690.42 | | |
| | | | | 882.81 |

---

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057

**DEPOSITED FOR:**
FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403

| DATE |
|---|
| 5/22/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 882.81 |

| | |
|---|---|
| NET PAY | 882.81 |
| TOTAL DEPOSIT | 882.81 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 577.00 units | $15602.08 |
| REGULAR TRAVEL | 70.25 units | $1929.31 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 62.75 units | $1885.01 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 11.75 units | $476.58 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $210.00 |
| FWH | $1,565.99 |
| LOCAL | $224.89 |
| LST | $21.00 |
| MED | $326.09 |
| MEDADD | $0.00 |
| PASUI | $15.76 |
| PASWH | $690.42 |
| SOC | $1,394.31 |



# A. Pickett Construction, Inc.

128 West Vaughn Street, Kingston, Pennsylvania, 18704

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 0.50 | 27.04 40.56 | 1,081.60 | 20.28 | | | | | 5/17/2026–5/23/2026 |
| | | | | | | | | | **GROSS PAY** |
| | | | | | | | | | 1,101.88 |

| DEDUCTIONS THIS PERIOD | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|
| LST | 1.00 | AFLAC | 10.00 | DIRECT | 882.82 | PASWH | 33.83 | SOC | 68.31 |
| PASUI | 0.77 | MED | 15.98 | FWH | 78.15 | LOCAL | 11.02 | | 219.06 |

| EMPLOYEE INFORMATION | YEAR – TO – DATE TOTALS | | ACCRUALS | NET PAY |
|---|---|---|---|---|
| (#ALBFRE) ALBARRAN; FREDERICK<br>Pay Group: 1 | GROSS 23,590.70<br>FWH 1,644.14 | FICA 1,804.69<br>SWH 724.25 | | 882.82 |

---

# A. Pickett Construction, Inc.

128 West Vaughn Street
Kingston, Pennsylvania 18704
(570)283-2057



| DATE |
|---|
| 5/29/2026 |

| DESCRIPTION | AMOUNT |
|---|---|
| Direct | 882.82 |

DEPOSITED FOR:
FREDERICK ALBARRAN
195 COLUMBUS DRIVE
ARCHBALD, PA 18403

| | |
|---|---|
| NET PAY | 882.82 |
| TOTAL DEPOSIT | 882.82 |
| CHECK AMOUNT | 0.00 |

## Direct Deposit Notification

## 2026 YTD Pay Units

| | YTD Units | YTD Amount |
|---|---|---|
| REGULAR | 614.50 units | $16616.08 |
| REGULAR TRAVEL | 72.75 units | $1996.91 |
| VACATION | 64.00 units | $1730.56 |
| NIGHT DIFFERENTIAL | 62.75 units | $1885.01 |
| HOLIDAY | 32.00 units | $865.28 |
| OVERTIME | 12.25 units | $496.86 |

## 2026 YTD Taxes/Deductions

| | |
|---|---|
| AFLAC | $220.00 |
| FWH | $1,644.14 |
| LOCAL | $235.91 |
| LST | $22.00 |
| MED | $342.07 |
| MEDADD | $0.00 |
| PASUI | $16.53 |
| PASWH | $724.25 |
| SOC | $1,462.62 |