

17082-PAM-DE-041096864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2026, at 1:15 o'clock PM MST, TIFFANY M ALBARRAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 15, 2026       By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director