# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

June 29, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re Frederick & Tiffany Albarran**
**U.S. Bankruptcy Court Case No. 5:26-bk-01558-MJC**

Dear Sir or Madam:

The notice sent to Barclays Bank Delaware in the above case was returned to our office because the address was incorrect. Kindly change the address for Barclays Bank Delaware on the mailing matrix to the following:

OLD ADDRESS:
Barclays Bank Delaware
Attn: Bankruptcy
PO Box 96506
Orlando, FL 32896-5065

NEW ADDRESS:
Barclays Bank Delaware
P.O. Box 8801
Wilmington, DE 19899-8801

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb