**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| Frederick W & Tiffany M Albarran, | Case No. 5:26-bk-01558-MJC |
| Debtors | |

**<u>Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3</u>**

| Title of Paper Served: | **Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: July 8, 2026

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| Children's Hospital of Philadelphia<br>PO Box 1280<br>Oaks, PA 19456-1280 |
| Lehigh Valley Dickson Hospital<br>330 Main Street<br>Scranton, PA 18519 |
| Venmo<br>117 Barrow Street<br>New York, NY 10014 |