United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01558-MJC
Frederick W Albarran, Jr. Chapter 7
Tiffany Melita Albarran
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: 318 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick W Albarran, Jr., Tiffany Melita Albarran, 195 Columbus Dr, Archbald, PA 18403-1503 |
| 5815784 | | Children's Hospital of Philadelphia, PO Box 1280, Oaks, PA 19456-1280 |
| 5807782 | | Commonwealth Physician Network, PO Box 14000, Belfast, ME 04915-4033 |
| 5807783 | + | Geisinger Community Medical Center, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5815785 | + | Lehigh Valley Dickson Hospital, 330 Main Street, Scranton, PA 18519-1691 |
| 5807786 | + | Lehigh Valley Health Network, Patient Accounting Department, PO Box 4120, Allentown, PA 18105-4120 |
| 5807787 | + | Lehigh Valley Hospital, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6248 |
| 5807788 | + | Melissa Villano, 2178 Glendale Road, Pittston Twp, PA 18640-9409 |
| 5807789 | + | NEPA Oral & Maxillofacial Surgery, 1220 N Washington Ave, Scranton, PA 18509-2722 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5807777 | | EDI: CAPIO.COM | Sep 10 2026 23:05:00 | Asset Care LLC, PO Box 120540, Dallas, TX 75312-0540 |
| 5807778 | | EDI: TSYS2 | Sep 10 2026 23:05:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 5807779 | | EDI: CITICORP | Sep 10 2026 23:05:00 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5807780 | ^ | MEBN | Sep 10 2026 19:07:39 | CF Medical LLC, 2 Debush Ave Unit A-9, Middleton, MA 01949-1679 |
| 5807781 | | EDI: WFNNB.COM | Sep 10 2026 23:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 5807784 | ^ | MEBN | Sep 10 2026 19:07:23 | Guild Mortgage, Attn: Bankruptcy, PO Box 85046, San Diego, CA 92186-5046 |
| 5807785 | ^ | MEBN | Sep 10 2026 19:07:49 | Lehigh Valley Health Network, PO BOX 981028, Boston, MA 02298-1028 |
| 5807791 | | Email/Text: bankruptcies@penncredit.com | Sep 10 2026 19:07:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5807790 | ^ | MEBN | Sep 10 2026 19:07:33 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5807792 | ^ | MEBN | Sep 10 2026 19:07:29 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5807793 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 10 2026 19:07:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 5807794 | | EDI: SYNC | Sep 10 2026 23:05:00 | Synchrony Bank/ Dicks, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5065 |
| 5807795 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 10 2026 19:08:00 | Transworld Systems Inc, 500 Virginia Dr, Suite 514, Fort Washington, PA 19034-2733 |
| 5815786 | ^ | MEBN | Sep 10 2026 19:07:31 | Venmo, 117 Barrow Street, New York, NY 10014-2826 |
| 5807796 | | EDI: WFFC2 | Sep 10 2026 23:05:00 | Wells Fargo Card Services, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Tiffany Melita Albarran usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Frederick W Albarran Jr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

Debtor 1: Frederick W Albarran Jr. (First Name, Middle Name, Last Name)

Social Security number or ITIN xxx–xx–8638
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing): Tiffany Melita Albarran (First Name, Middle Name, Last Name)

Social Security number or ITIN xxx–xx–1412
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 5:26–bk–01558–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frederick W Albarran Jr.
aka Frederick William Albarran, aka Frederick W Albarran, aka Frederick William Albarran Jr, aka Frederick Albarran

Tiffany Melita Albarran
aka Tiffany M Albarran, aka Tiffany Albarran

9/10/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**